# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 18-03104 |
| WESTBROOK, William A. ) | |
|     Debtor. ) | |
| ) | |

## ADVERSARY PROCEEDING

| | |
|---|---|
| William A. Westbrook, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. Case No. |
| ) | |
| Advance America, ) | |
|     Defendant. ) | |

## COMPLAINT

COMES NOW, Plaintiff, William A. Westbrook, by and through their undersigned counsel, and presents this Complaint for Violation of Automatic Stay and Creditor Misconduct against Defendant, Advance America stating as follows:

### INTRODUCTION

1. This is a Complaint for damages resulting from Defendant's intentional and willful violations of the automatic stay afforded by 11 U.S.C. § 362;

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the parties to this action and over the subject matter of this action pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding.

3. Venue is proper in the United States Bankruptcy Court for the Southern District of Alabama pursuant to 28 U.S.C. §§ 1391 and 1409, as the claims arise from a bankruptcy case in this District, Defendant transacts business in this District, and Plaintiff resides in this District.

### PARTIES

4. Plaintiff, William A. Westbrook, is an individual over the age of nineteen, residing in Pine Hill, Wilcox County, Alabama. Plaintiff is a "consumer" pursuant to the definition provided within 15 U.S.C. § 1692(a)(3).

5. Defendant, Advance America, is a Domestic Company, and has a principal place of business in Clark County, Alabama. The Defendant is a Creditor in the underlying bankruptcy case.

## FACTUAL ALLEGATIONS

6. On August 2, 2018, Plaintiff filed a Voluntary Petition for Relief under Chapter 13, Title 11, of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Alabama. Case No. 18-03104.

7. On August 23, 2018, Mr. Westbrook contacted Advance America regarding funds that were withdrawn from his checking account. At that time Advance America was made aware of the bankruptcy case filing date. The Defendant would not accept the Plaintiffs case number.

8. On October 10, 2018, The Sellers Law Firm contacted Advance America regarding the funds that were withdrawn from debtors account August 23, 2018. At that time the representative, Rachel, stated the manager was on vacation and she would have her return our call on October 13, 2018 when she returned to work.

9. On October 29, 2018, the Plaintiff called the Defendant and asked the status of his refund. The Defendant refused to provide him with any information.

10. On October 29, 2018, The Sellers Law Firm contacted Advance America regarding the status of the refund. At that time the representative, stated that the request had been sent to the corporate office and it was just a waiting game. After asking for a manager and a corporate office phone number we were informed that the staff is not permitted to give out the corporate office phone number. The representative for Advance America stated she would call the manager and have her return our call.

11. On October 30, 2018, The Sellers Law Firm contacted Advance America regarding the status of the refund. After speaking with Crystal, Regional Manager, a Notice of Filing was faxed to her attention. Crystal stated she would forward the necessary paperwork to the corporate office and they would refund the money within 24 hours.

12. On November 5, 2018, The Sellers Law Firm contacted Advance America regarding the status of the refund. After speaking with Crystal, Regional Manager, we were informed we had to fax a letter requesting a refund. Once the letter was received a refund would be processed. The Sellers Law Firm faxed the requested letter on November 5, 2018.

13. On November 13, 2018, The Sellers Law Firm contacted Advance America regarding the status of the refund. Advance America stated the Regional Manager was not in the office but she would have her return our call.

14. On November 13, 2018, The Sellers Law Firm contacted Advance America regarding the status of the refund. Advance America stated the Regional Manager was not in the office but she would have her return our call.

15. On November 16, 2018, The Sellers Law Firm spoke Advance America, regarding the status of the refund. Crystal, Regional Manager stated she had not received the letter requested on November 5, 2018. Crystal stated once the letter was received she would forward it to the corporate office; the Manager was to release the funds for the Plaintiff. The Sellers Law Firm was informed that Heather was a manager at the Regional Office and that Heather was in fact in the office today and would process the return as soon as the letter was faxed. Sellers Law Firm was on the telephone with Crystal as the letter was faxed. Crystal confirmed that the fax had been received.

16. On November 16, 2018, The Sellers Law Firm spoke Advance America at 4:30 p.m., regarding the status of the refund. Crystal, Regional Manager stated had not received confirmation from the manager Heather to release the funds. Crystal informed Sellers Law Firm that Heather had not been in the office all day and that they have procedures in place for refunding money. Crystal stated she was not able to refund the money to Mr. Westbrook today.

**Count I -Willful Violations of Automatic Stay Under 11 U.S.C. § 362 for Collection of Funds**

17. Plaintiff re-alleges the matters set forth in Paragraphs 1 through 16, as if set out fully herein. Despite Plaintiff's filing of bankruptcy, Defendant willfully sought collection on Plaintiff's debt by seeking garnishment of funds.

18. Defendant's violation of the automatic stay was intentional and willful, in that Defendant committed such acts, i.e., receiving garnishment proceeds, after it had received notice of the underlying bankruptcy case.

19. Because of Defendant's knowledge and subsequent disregard of Plaintiffs bankruptcy case, Defendant's conduct rises to the level of willfulness and has interfered with Plaintiff's rights afforded to her by the Bankruptcy Code.

20. Defendant's collection efforts have injured Plaintiff, causing emotional distress and mental anguish, and have deprived Plaintiff of the benefit of her bankruptcy remedy.

21. Defendant's conduct violates 11 U.S.C. § 362. Plaintiff submits that the facts of this case establish "appropriate circumstances" to support and award of punitive damages.

WHEREFORE, the Plaintiff demands judgment against the Defendant, for such sum of compensatory damages as the court to be just and reasonable, punitive damages, court costs, and such further and different relief as justice requires.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, Plaintiff requests a judgement against Defendant, declaring, *inter alia*:

1. That Defendant has violated the automatic stay imposed by this Court;

2. That such violation occurred with knowledge of the underlying bankruptcy case;

3. That such violation occurred with wanton disregard of Plaintiffs bankruptcy rights;

4. That such violation was willful;

5. That the Defendant's conduct has risen to meet the level of the elements of outrage;

6. Plaintiff an award of compensatory damages, punitive damages, including costs and attorney fees, in an amount this Court deems just and equitable;

7. That "appropriate circumstances" exist for an award of punitive damages in an amount deemed just and equitable by this Court; and

8. Any such other and further relief as this Court deems proper.

**RESPECTFULLY SUBMITTED**, on this the 16th day of November, 2018.

                                         */s/ C. Brandon Sellers, III*
                                         **C. Brandon Sellers, III (SEL029)**
                                         **Attorney for Plaintiff**

**OF COUNSEL:**
**Sellers Law Firm, LLC**
**P.O. Box 432**
**Greenville. Alabama 36037**
**Tel. (334) 382-6907**
**Fac. (334) 382-7001**

## Certificate of Service

I hereby certify that I have served a copy of the foregoing on the parties listed below electronically and/or by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed, on this the 16th day of November, 2018.

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Advance America
33206 Hwy 43 N
Thomasville AL 36784

/s/ *C. Brandon Sellers, III*
C. Brandon Sellers, III (SEL029)